**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE LEE WHITE,<br>Plaintiff<br>v.<br>JUDGE CRAIG, et al.,<br>Defendants | Case No.: 2:26-cv-01605-APG-DJA<br>**Order Denying Motion for Alternative Dispute Resolution**<br>[ECF No. 7] |

Willie White filed a motion requesting alternative dispute resolution for this case and other cases he filed. ECF No. 7. I previously dismissed this case and judgment was entered. ECF Nos. 4, 5. Therefore, there is no pending dispute to resolve, so White's motion is moot.

I THEREFORE ORDER that White's motion **(ECF No. 7) is denied**.

DATED this 3rd day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE